**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

| | |
|---|---|
| ANNETTE L. PARKER, *Plaintiff,* <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, *Defendant.* | CIVIL ACTION NO. 6:12-CV-00029 <br><br> O R D E R <br><br> NORMAN K. MOON <br> UNITED STATES DISTRICT JUDGE |

I referred this case to United States Magistrate Judge Robert S. Ballou for proposed findings of fact and a recommended disposition.  The parties filed cross-motions for summary judgment, and Judge Ballou subsequently filed a Report and Recommendation ("Report") recommending that the Commissioner's motion for summary judgment be granted and that Plaintiff's motion for summary judgment be denied.  After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I ADOPT the Report (docket no. 19) in its entirety.   Accordingly, the Commissioner's motion for summary judgment (docket no. 13) is GRANTED; Plaintiff's motion for summary judgment (docket no. 11) is DENIED; the Commissioner's final decision in this case is AFFIRMED; and this action is DISMISSED from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

ENTERED this __23rd__ day of August, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE