IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ANNETTE L. PARKER,<br>　　　　　　　　　　*Plaintiff,*<br>　　　　v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　　　　　　*Defendant.* | CIVIL ACTION NO. 6:12-CV-00029<br><br>O R D E R<br><br>NORMAN K. MOON<br>UNITED STATES DISTRICT JUDGE |

　　　　I referred this case to United States Magistrate Judge Robert S. Ballou for proposed findings of fact and a recommended disposition. The parties filed cross-motions for summary judgment, and Judge Ballou subsequently filed a Report and Recommendation ("Report") recommending that the Commissioner's motion for summary judgment be granted and that Plaintiff's motion for summary judgment be denied. After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I ADOPT the Report (docket no. 19) in its entirety. Accordingly, the Commissioner's motion for summary judgment (docket no. 13) is GRANTED; Plaintiff's motion for summary judgment (docket no. 11) is DENIED; the Commissioner's final decision in this case is AFFIRMED; and this action is DISMISSED from the court's active docket.

　　　　The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

　　　　It is so ORDERED.

　　　　ENTERED this __23rd__ day of August, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE